# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2024-0767**
Devin Onious Williamson v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-13-403.60)

## NOTICE

You are hereby notified that on May 23, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk